FILED

08/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0692

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0692

_____

MIRIAM PENADO, on behalf of herself,
A.A.H., born 2018, and A.M.H., born 2020,

      Petitioner and Appellant,

                                    O R D E R

   v.

DANIEL HUNTER,

      Respondent and Appellee.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Peter B. Ohman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 28 2024